**FILED**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

NOV 1 5 2017

Clerk, U S Courts
District Of Montana
Great Falls Division

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | **MJ 17-64-GF-JTJ** |
| **James Manywhitehorses Date of Birth (DOB):   03/11/1981 DNA Buccal Swabs** | **ORDER** |

Based upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit, and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment or Information by any defendant related to this search warrant, and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 15th day of November 2017.

JOHN JOHNSTON
United States Magistrate Judge